UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          )
                                                )   Case No. 13bk39194
KENT A. WOODS                                   )
                                                )   Chapter 11
                                                )
         Debtor.                                )   Honorable Timothy A. Barnes
                                                )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FREEBORN & PETERS LLP, ATTORNEYS FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 27,665.00 | TOTAL COSTS REQUESTED: | $ 51.60 |
| TOTAL FEES REDUCED: | $ 240.00 | TOTAL COSTS REDUCED: | $ 21.60 |
| TOTAL FEES ALLOWED: | $ 27,425.00 | TOTAL COSTS ALLOWED: | $ 30.00 |

**TOTAL FEES AND COSTS ALLOWED: $ 27,455.00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)     No Benefit to the Estate – TOTAL of disallowed amounts: $ 120.00**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's work to secure his or her own payment does not provide benefit to the estate and is not compensable.

**(2)     Computational or Typographical Error – TOTAL of disallowed amounts: $ 120.00 in fees and $ 21.60 in expenses**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks) for the same meeting but two attendees have different time for the same meeting, the court will consider one of the entries to be a typographical error.

Additionally, in this case, the application sought amounts exceeding the time entries and itemization supporting fees and expenses. Exhibit A supported $40 less in fees and $21.60 in expenses than the application sought.

Dated: November 4, 2014

                                                    _____
                                                    Timothy A. Barnes
                                                    United States Bankruptcy Judge

*Woods, Kent*
*Kent Woods Ch. 11 Bankruptcy*
*(29913-0001)*

*September 18, 2014*

Statement #100144246

For professional services rendered with regard to:

**Re:    *Kent Woods Ch. 11 Bankruptcy***

**General**

| | | | | |
|---|---|---|---|---:|
| 3318379 | Jul 16, 14 | SAD | Review Zaragoza's memorandum in support of lift stay motion (0.4); e-mail correspondence with Marty Dennis regarding lift stay (0.1); e-mail correspondence with Kent Woods regarding case status (0.3); e-mail correspondence with Wisconsin broker (0.2). | 1.00 |
| 3318531 | Jul 17, 14 | SAD | Review Zaragoza complaint and claims (0.7); e-mail correspondence with Marty Denis regarding Zaragoza claim (0.2); research regarding jurisdiction (0.8); review lift stay motion and memorandum (0.5); telephone conference with Terri Long' office regarding status of closing on real estate (0.3). | 2.50 |
| 3318569 | Jul 21, 14 | SAD | Review ballots filed (0.7); telephone conference with Terri Long (0.5); telephone conference with real estate attorney (0.3); e-mail correspondence with Kent Woods regarding sale (0.5); review operating reports (0.5). | 2.20 |
| 3316911 | Jul 22, 14 | JEH | Telephone conference with Shelly DeRousse regarding documents for July 23, 2014 hearing (0.1); gather documents for same (0.2). | 0.30 |
| 3319760 | Jul 22, 14 | SAD | Multiple e-mail correspondence with Kent Woods regarding real estate sale and plan notes (0.7); telephone conference with Marty Dennis regarding lift stay hearing (0.3); telephone conference with Terri Long regarding plan (0.1); review and revise five (5) months of operating reports (2.5); multiple e-mail correspondence with Kent Woods regarding operating reports (0.3). | 3.90 |
| 3317359 | Jul 23, 14 | JEH | Conference with Shelly DeRousse regarding filing summary of cash receipts and disbursements for December 2013 - June 2014 (0.1); file same (0.4). | 0.50 |
| 3319770 | Jul 23, 14 | SAD | Review and revise operating reports for seven (7) months and file same (2.5); prepare for and attend hearing (1.8). | 4.30 |
| 3322364 | Jul 24, 14 | SAD | Review lift stay order and send same to Martin Denis (0.3); <u>e-mail correspondence with Stahl Cowen regarding retainer transfer (0.3).</u> | 0.60 |
| 3322391 | Jul 28, 14 | SAD | Review notice and motion to reconsider (0.5). | 0.50 |
| 3327636 | Aug 1, 14 | SAD | Revise response to Zaragoza lift stay motion (2.0). | 2.00 |
| 3324948 | Aug 5, 14 | JEH | Telephone conference with Shelly DeRousse regarding pleadings for August 7, 2014 hearing (0.1); pull same and forward to Shelly DeRousse (0.2). | 0.30 |
| 3327649 | Aug 5, 14 | SAD | Review docket for lift stay notices (0.2); prepare for hearing (0.6); e-mail correspondence with Martin Dennis regarding motion to reconsider (0.1); attend hearing (1.4). | 2.30 |
| 3327711 | Aug 7, 14 | SAD | Research CBOT Rules and law (1.0); draft objection to Zaragoza lift stay motion (2.5); e-mail correspondence to Marty Dennis regarding objection (0.2); telephone conference with Steve Wolfe regarding plan confirmation and other issues (0.4). | 4.10 |
| 3334919 | Aug 19, 14 | SAD | Review motion by Zaragoza (0.3); telephone conference with John Letgaki regarding Zaragoza motion (0.4); prepare for hearing (1.6). | 2.30 |
| 3334958 | Aug 21, 14 | SAD | Telephone conference with attorney regarding closing of Wheaton property (0.3). | 0.30 |
| 3335018 | Aug 25, 14 | SAD | Telephone conference with Kent Woods regarding Wheaton property proceeds (0.2); e-mail correspondence with real estate attorney regarding proceeds (0.2). | 0.40 |

Annotation (left margin, bracketing rows 3322364 through 3322391): (1) no benefit to estate - counsel's fees

3196755v1/29913-0001
9/26/14

*Woods, Kent*
*Kent Woods Ch. 11 Bankruptcy*
*(29913-0001)*

*September 18, 2014*

| | | | | |
|---|---|---|---|---:|
| 3332458 | Aug 26, 14 | JEH | Conference with Shelly DeRousse regarding filing various motions and order approving plan (0.1). | 0.10 |
| 3335110 | Aug 26, 14 | SAD | Review closing HUD for Wheaton house (0.3). | 0.30 |
| 3335122 | Aug 27, 14 | SAD | Multiple e-mail correspondence with real estate broker (0.2). | 0.20 |
| 3333138 | Aug 28, 14 | ELJ | Conference with Shelly DeRousse regarding open items for post-confirmation wind down, including administrative claims bar date motion and agreed order dismissing Murphy adversary (0.2); draft motion establishing administrative claims bar date, notice, and proposed order (1.2); draft proposed agreed order dismissing Murphy adversary and e-mail correspondence to Steven Shonder regarding same (0.2). | 1.60 |
| 3337827 | Sep 4, 14 | ELJ | Conference with Shelly DeRousse regarding motion to set administrative claims bar date (0.1); revise same (0.1). | 0.20 |

**TOTAL: 29.9**

**Retention Issues**

NO ENTRIES

**Fee Applications**

| | | | | |
|---|---|---|---|---:|
| 3322364 | Jul 24, 14 | SAD | Draft fee application (3.8); prepare exhibits to fee application (2.2). | 6.00 |
| 3318727 | Jul 25, 14 | JEH | Review first fee application of Freeborn & Peters LLP (0.4); draft notice of motion and certificate of service regarding same (0.2); draft proposed order regarding same (0.3): prepare exhibit regarding same (0.2); file same (0.2); serve same (0.4); e-mail correspondence with Shelly DeRousse regarding same (0.1). | 1.80 |
| 3325178 | Aug 7, 14 | JEH | Telephone conference with Shelly DeRousse regarding filing supplemental exhibit to first fee application (0.1); file same (0.2). | 0.30 |
| 3327711 | Aug 7, 14 | SAD | Review fee application exhibit and re-file (0.3). | 0.30 |
| 3326762 | Aug 12, 14 | JEH | Telephone conference with Shelly DeRousse regarding filing objection to motion for relief (0.1); prepare exhibit regarding same (0.1); e-mail correspondence with Shelly DeRousse regarding same (0.1); draft notice of filing and certificate of service regarding same (0.2); file same (0.1). | 0.60 |
| 3328788 | Aug 12, 14 | SAD | Draft and revise response to lift stay motion (3.0); e-mail correspondence with Marty Denis (0.3). | 3.30 |
| 3328802 | Aug 15, 14 | SAD | Multiple e-mail correspondence to Kent Woods regarding confirmation and various issues (0.4); review lift stay order (0.2); e-mail correspondence with Marty Denis regarding lift stay (0.3). | 0.90 |

**TOTAL: 13.2**

**Claims Resolution**

| | | | | |
|---|---|---|---|---:|
| 3318531 | Jul 17, 14 | SAD | Lengthy telephone conference with Marty Denis regarding objection to Zaragoza claim (0.5); draft objection to Zaragoza proof of claim (1.4). | 1.90 |
| 3318552 | Jul 18, 14 | SAD | Draft objection to Zaragoza's claim ((2.4); telephone conference with attorney regarding CFTC claim (0.3); telephone conference with Marty Denis regarding objection to Zaragoza claim (0.4). | 3.10 |
| 3316911 | Jul 22, 14 | JEH | Draft notice of hearing and certificate of service regarding objection to Leticia Zaragoza claim (0.3); file same (0.2). | 0.50 |
| 3319760 | Jul 22, 14 | SAD | Draft and file objection to Zaragoza claim (1.2); multiple telephone conferences with Peter Cooper regarding Tom Neal's claim (0.5). | 1.70 |

*Woods, Kent*
*Kent Woods Ch. 11 Bankruptcy*                                                          *September 18, 2014*
*(29913-0001)*

| | | | | |
|---|---|---|---|---:|
| 3317359 | Jul 23, 14 | JEH | Draft notice of motion and certificate of service for motion to approve 9019 settlement with Thomas Neal and TENCO, Inc. (0.6); draft proposed order regarding same (0.2); file same (0.2); coordinate service of same (0.4); e-mail correspondence with Shelly DeRousse regarding same (0.1). | 1.50 |
| 3319770 | Jul 23, 14 | SAD | Draft and revise Tom Neal settlement agreement (1.5); draft 9019 motion (1.5); multiple e-mail correspondence with Peter Cooper regarding Neal settlement (0.8); multiple telephone conferences with Peter Cooper regarding settlement (0.6); telephone conference with Kent Woods regarding settlement (0.2). | 4.60 |
| 3322375 | Jul 25, 14 | SAD | Various telephone conferences with CFTC attorney regarding plan (0.5). | 0.50 |
| 3342253 | Sep 17, 14 | ELJ | Telephone conference with Shelly DeRousse regarding revisions to reply in support of objection to Zaragoza claim (0.2); revise same and draft proposed order for same (0.1). | 0.30 |

**TOTAL: 14.1**

**Plan of Reorganization**

| | | | | |
|---|---|---|---|---:|
| 3316715 | Jul 22, 14 | ELJ | Telephone conferences with Shelly DeRousse and Devon Eggert regarding rules for claim allowance for voting purposes and drafting ballot report (0.2). | 0.20 |
| 3317731 | Jul 24, 14 | JEH | Pull ballots filed (0.1); e-mail correspondence with Elizabeth Janczak and Shelly DeRousse regarding same (0.1). | 0.20 |
| 3322364 | Jul 24, 14 | SAD | E-mail correspondence with Peter Cooper regarding plan ballot (0.3); review of Thomas Neal ballot (0.2); e-mail correspondence with Elizabeth Janczak regarding plan votes (0.1). | 0.60 |
| 3322375 | Jul 25, 14 | SAD | Review plan and disclosure statements and research confirmation issues (2.5). | 2.50 |
| 3318429 | Jul 28, 14 | ELJ | Review ballots cast on second modified plan (0.2); draft ballot report for second modified plan (0.7); review case law regarding split voting class (0.2). | 1.10 |
| 3324332 | Aug 6, 14 | ELJ | Telephone conference with Shelly DeRousse regarding finalizing ballot report (0.1); finalize ballot report for filing (0.2). | 0.30 |
| 3324969 | Aug 6, 14 | JEH | Draft notice of motion and certificate of service regarding ballot report (0.2); prepare exhibits regarding same (0.2); e-mail correspondence with Elizabeth Janczak regarding same (0.1); file same (0.1). | 0.60 |
| 3327691 | Aug 6, 14 | SAD | Telephone conference with Allison Passman at CFTC regarding plan settlement (0.2); telephone conference with William Nissen regarding CFTC plan and settlement (0.4); review CFTC settlement revisions, 9019 order and motion and CFTC plan treatment (1.5); review and revise ballot report (0.8); <u>telephone conference with Elizabeth Janczak regarding ballot report (0.3)</u>. | 3.20 |
| 3334874 | Aug 18, 14 | SAD | Telephone conference with Kent Woods regarding confirmation (0.5). | 0.50 |
| 3334919 | Aug 19, 14 | SAD | E-mail correspondence with Kent Woods regarding confirmation (0.3). | 0.30 |
| 3334938 | Aug 20, 14 | SAD | Prepare for hearing (2.5); draft confirmation order (1.0); attendance at confirmation hearing (1.6); conference with Kent Woods (0.6). | 5.70 |
| 3335084 | Aug 28, 14 | JEH | Coordinate service of confirmation order (0.4). | 0.40 |
| 3343161 | Sep 18, 14 | ELJ | Telephone conference with Shelly DeRousse regarding post-confirmation status hearing and closing of bankruptcy case (0.2). | 0.20 |

(2) Typo - reduced to 0.1 per ELJ's entry for same

*Woods, Kent*
*Kent Woods Ch. 11 Bankruptcy*
*(29913-0001)*

*September 18, 2014*

**TOTAL: 15.8**

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 3.90 | 325.00 | $1,267.50 |
| Hazdra, Jacqueline E. | 7.10 | 225.00 | $1,597.50 |
| DeRousse, Shelly A. | 61.90 | 400.00 | $24,760.00 |
| **TOTAL HOURS** | **72.90** | | |
| **TOTAL FEES** | | | **$27,625.00** |

(2) Typo - only $27,625.00 in fees but app seeks $27,665.00

**DISBURSEMENTS**

| 1316445 | Jul 16, 14 | JCW | Filing Fee<br>VENDOR: American Express; INVOICE#: STMT07/16/14;<br>DATE: 7/16/2014<br>06/02 Filing of Amended Schedules | 30.00 |
|---|---|---|---|---|

**DISBURSEMENT SUMMARY**

| Filing Fee | 30.00 |
|---|---|
| **TOTAL DISBURSEMENTS** | **$30.00** |

(2) Typo - only $30 in disbursements but app seeks $51.60

**TOTAL FEES AND DISBURSEMENTS**    $27,655.00

3196755v1/29913-0001
9/26/14