UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-39194 |
| KENT A. WOODS, | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

**ORDER FOR FINAL DECREE PURSUANT
TO SECTION 350(a) AND BANKRUPTCY RULE 3022
AND APPROVAL OF SHORTENED AND LIMITED NOTICE**

Upon the motion (the "Motion") of Kent A. Woods (the "Debtor") for entry of an order of final decree closing this chapter 11 bankruptcy case and for approval of limited notice thereof; this Court having reviewed the Motion, due and adequate notice having been given under the circumstances;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The shortened and limited notice requested in the Motion is hereby approved.

2. The case is hereby closed.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: November 04, 2014

**Prepared by:**

Shelly A. DeRousse
FREEBORN & PETERS LLP
311 South Wacker Dr., Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6000
Facsimile: (312) 360-6571